IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-mc-3273-F |
| | ) | |
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1),  this case is referred

to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders

or recommendations as may be appropriate.

DONE this 9th day of December, 2005.


_____ /s/ Mark E. Fuller _____
CHIEF UNITED STATES DISTRICT JUDGE