IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY JORDAN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05mc3273-F |
| | ) | |
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
| Respondent. | ) | |

### **ORDER ON MOTION**

Upon consideration of movant's motion to quash third party summons (Doc. # 1), filed December 5, 2005, and for good cause, it is

ORDERED that the United States file a response to the motion on or before December 20, 2005.

DONE, this 9th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE