IN THE UNITED STATES DISTRICT COURT **RECEIVED**
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOMMY JORDAN, | ) | 2005 DEC 19 ₽ 12: 25 |
| | ) | |
| Plaintiff, | ) | DEBRA P. HACKETT, CLK |
| | ) | U.S. DISTRICT COURT |
| | ) | MIDDLE DISTRICT ALA |
| v. | ) | Civil No. 2:05mc3273-F |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## RESPONSE TO ORDER ON MOTION

The United States responds as follows to the order of the Court entered December 9, 2005.

## ARGUMENT

**A.      Because the summons at issue has been withdrawn, the petition is moot.**

Pursuant to 26 U.S.C. Section 7602(a), Louie Wilson, a special agent employed by the Internal Revenue Service issued an administrative summons to petitioner Richard L. Pyper. The summons was issued to Pyper in the course of Wilson's criminal investigation of Tommy Jordan. The summons, the first page of which is attached to the Petition as Exhibit A, was dated November 14, 2005 and directed Pyper to appear before Wilson on November 24, 2005 to produce the records identified in the summons and to give testimony. The summons, however, was defective. Because Jordan was named in the summons, he was required to receive notice of the summons –

•       within three days after Pyper was served with an attested copy of the summons and also;

•       at least twenty-three days before the date that Pyper was required to comply with the

summons.[1]   *See* 26 U.S.C. Section 7609(a)(1).

Inasmuch as the summons set a compliance date of ten days after the issue date, it did not

comply with the notice requirements of Section 7609(a).  Due to this defect, Wilson, on

December 8, 2005, withdrew the summons. *See* attachment.  The petition to quash, therefore,

should now be denied as moot.[2]

**B.     Service of process is defective.**

According to the certificate of service attached to the summons, the petitioner attempted

to serve the Government by delivering a copy of the petition to Special Agent Wilson and by

mailing a copy to "the Internal Revenue Service, 1285 Carmichael Way, Montgomery, Alabama

36106."  That does not constitute proper service on the United States.  In order for service of

process to be effected on the United States, Fed. R. Civ. P. 4(i) requires that service of a

summons and petition be made, in the manner prescribed by that rule, on United States Attorney

for the district in which the action is pending and on the Attorney General.  In order to subject the

United States to the jurisdiction of this Court, petitioner must comply with the requirements set

forth in Rule 4(i). *See* McMasters v. United States, 260 F. 3d 814 (7th Cir. 2001); Tuke v United

States, 76 F. 3d 155 (7th Cir. 1996). Because petitioner's attempted method of service is

improper, the Court lacks jurisdiction over this action.

---

[1] The notice provisions of Section 7609(a) do not apply to all internal revenue summonses issued by a criminal investigator.  See 26 U.S.C. 7609(c)(2)(E).  Because, however, the summons was issued to Pyper on account of his role as Jordan's attorney, the notice provisions of Section 7609(a) apply to the summons at issue here. *See* 26 U.S.C. Sections 7609(c)(2)(E) and 7603(b)(2)(E).

[2] The Internal Revenue Service intends to re-issue and re-serve the summons.

1466011.1

CONCLUSION

The petition should be dismissed on the grounds of mootness and insufficient service of process.

> LEURA GARRETT CANARY
> United States Attorney
>
> RAND R. NEELEY
> Assistant U.S. Attorney
>
> MICHAEL N. WILCOVE
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 14198
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone:  (202) 514-6474
> Telefax: (202) 514-9868
> Michael.N.Wilcove@usdoj.gov

3

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Response to Order on Motion has been made this 16th day of December, 2005, by mailing a true and correct copy thereof via first class mail addressed to:

>       Richard L. Pyper, Esquire
>       P.O. Box 11706
>       Montgomery, Alabama 36111-0706
>
>       (Also by telefax (334) 288-8080)

>       Trial Attorney, Tax Division
>       U. S. Department of Justice
>       Post Office Box 14198
>       Washington, D.C.  20044

4

1466011.1