

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

December 8, 2005

Mr. Richard L. Pyper
P.O. Box 11706
Montgomery, Alabama 36111

RE: Summons Issued on November 14, 2005

Dear Mr. Pyper:

Please be advised that the Summons issued to you on November 14, 2005 in the matter of Tommy Jordan dba Tax Tyme has been withdrawn. As a result, you are hereby relieved of the requirement to appear before the Internal Revenue Service as well as the requirement to provide the records detailed in the aforementioned Summons.

You are further advised that this withdrawal applies only to that Summons which was issued to you in the matter of Tommy Jordan dba Tax Tyme on November 14, 2005 (see enclosed copy of Summons). This withdrawal does not apply to any other Summons which may have been issued to you by the Internal Revenue Service in this or any other matter.

If you have any questions, please contact Special Agent Louie Wilson (IRS-CI), ID #58085496 at (334) 290-4026.

Sincerely,

Louie E. Wilson, Jr.
Special Agent

Enclosure