IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY JORDAN, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05mc3273-F |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Respondent. ) | |

## ORDER ON MOTION

Upon consideration of movant's petition to quash third party summons (Doc. # 1) filed December 5, 2006, and for good cause, it is

ORDERED that the petition be and hereby is DENIED as moot upon the representation of the United States that the summons at issue has been withdrawn.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE